FILED
CLERK, U.S. DISTRICT COURT
Dec. 16, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___IV___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KUNAL KALRA,<br><br>Defendant. | Case No. 2:19-CR-00484-RGK<br>2:19-CR-00508-RGK<br><br>**ORDER OF DETENTION**<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

On December 16, 2024, Defendant Kunal Kalra made his initial appearance on the petitions for revocation of supervised release and warrants for arrest issued on December 12, 2024. A detention hearing was held on December 16, 2024.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

For the reasons set forth by the government at the detention hearing, the Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations that Defendant has engaged in the same pattern of criminal conduct underlying his conviction in this case, has destroyed evidence, and stated that he wants to move to India.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ All of the factors set forth above as well as allegations that he has sold controlled substances.

It is therefore ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: December 16, 2024

*PATRICIA DONAHUE*
_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE